

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ED CROWE, an individual,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 2:14-CV-02326-AKK |
| **MAIN STREET ACQUISITION CORP.,** | ) |
| **Defendant.** | ) |

### DEFENDANT MAIN STREET ACQUISITION'S NOTICE OF SETTLEMENT

COMES NOW the Defendant, Main Street Acquisition Corporation, and represents to the Court as follows:

1. The parties resolved the disputes between them by a separate confidential settlement agreement; and

2. There are no claims remaining and the case is due to be dismissed with prejudice, costs taxed as paid.

Respectfully submitted,

/s/ Neal D. Moore, III
Neal D. Moore, III
Setara C. Foster
*Attorneys for Defendant, Main Street Acquisition Corporation*

{W0476306.1 }

**OF COUNSEL:**

FERGUSON, FROST, MOORE & YOUNG, LLP
1400 Urban Center Drive, Suite 200
Birmingham, Alabama  35242
(205)879-8722

## CERTIFICATE OF SERVICE

This is to certify that on this 2nd day of June, 2016, a copy of the forgoing document has been served upon counsel for all parties to this proceeding via electronic electronic filing and electronic mail:

John G. Watts
The Kress Building
301 19th Street North
Birmingham, Alabama  35203

 /s/ Neal D. Moore, III
 OF COUNSEL

{W0476306.1 }